UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN SAMUELS,

                      Plaintiff,                      23 Civ. No. 8000 (JPC) (GS)

      -against-                                **ORDER**

SMALL BUSINESS ADMINISTRATION,

                      Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On September 30, 2024, Defendant requested a pre-motion conference to discuss its proposed motion to dismiss. The Court granted the request and held a pre-motion video conference on Friday, October 11, 2024, at 10:00 a.m. Mark Osmond, Assistant U.S. Attorney, appeared on behalf of the Small Business Administration. Plaintiff Justin Samuels, proceeding *pro se*, failed to appear.

       As stated on the record at the conference, the Court sets the following briefing schedule: Defendant's motion to dismiss is due by Tuesday, November 12, 2024; **Plaintiff's opposition** to the motion is **due by Thursday, December 12, 2024**; and Defendant's reply is due by Thursday, January 2, 2025.

       **SO ORDERED.**

DATED:    New York, New York
                October 11, 2024

                                                        The Honorable Gary Stein
                                                          United States Magistrate Judge