**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JUSTIN SAMUELS,

                              Plaintiff,                    **23 Civ. No. 8000 (JPC) (GS)**

                  -against-                                      **ORDER**

SMALL BUSINESS ADMINISTRATION,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's "Memorandum of Law in Support of Claim of Illegal Discrimination Under Title VII," dated November 17, 2024 (the "November 17 Filing"). (Dkt. No. 29). The Court is unclear whether Plaintiff intended this filing to be his opposition to Defendant's motion to dismiss filed on November 12, 2024. (Dkt. Nos. 27-28). As set forth in the Court's Order dated October 11, 2024 (Dkt. No. 26), Plaintiff has until December 12, 2024 to submit his opposition to Defendant's motion to dismiss. The Court also notes that Plaintiff's November 17 Filing, although setting forth an argument as to why Plaintiff believes the women-only program administered by the SBA violates Title VII, does not address the specific arguments for dismissal advanced in Defendant's motion to dismiss, namely: (1) that this case is improperly venued in the Southern District of New York; (2) that Plaintiff lacks standing to bring this action; (3) that the case is moot; and (4) that gender-based programs are subject to intermediate scrutiny, rather than strict scrutiny, and the Second Amended Complaint does not plead facts suggesting that the SBA program would not pass intermediate scrutiny. (Dkt. No. 28).

In light of the foregoing, the Court notes that **Plaintiff still has until December 12, 2024 to file papers in opposition to Defendant's motion to dismiss**. The Court will consider any additional papers filed by Plaintiff on or before that date in deciding the motion.

**SO ORDERED.**

DATED:   New York, New York
         November 19, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge