**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JUSTIN SAMUELS,

                        Plaintiff,                          **23 Civ. No. 8000 (JPC) (GS)**

              -against-                                  **ORDER**

SMALL BUSINESS ADMINISTRATION,

                        Defendant.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Defendant moved to dismiss Plaintiff's Second Amended Complaint on November 12, 2024. (Dkt. Nos. 27–28). On November 17, 2024, Plaintiff submitted a filing titled "Memorandum of Law in Support of Claim of Illegal Discrimination Under Title VII." (Dkt. No. 29). The Court then issued an Order informing Plaintiff that he had until December 12, 2024, to file additional papers in opposition to Defendant's Motion to Dismiss and that it would consider Plaintiff's November 17, 2024 filing and any subsequent papers filed up until that date as Plaintiff's opposition. (Dkt. No. 30). Plaintiff failed to submit any additional papers by the December 12, 2024 deadline. However, on January 8, 2025, after Defendant's Motion to Dismiss had been fully briefed, Plaintiff submitted a filing titled "Memorandum of Law in Support of Equal Protection Challenge." (Dkt. No. 33). Although Plaintiff failed to comply with the Court-ordered deadlines, because Plaintiff is proceeding *pro se*, the Court is inclined to consider this late submission as part of Plaintiff's opposition.

Accordingly, if Defendant wishes to respond to Plaintiff's January 8, 2025 submission, it must do so by no later than **February 17, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
             January 27, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge