**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTIN SAMUELS,

                Plaintiff,                23 **CIVIL** 8000 (JPC)(GS)

      -against-                        **JUDGMENT**

SMALL BUSINESS ADMINISTRATION,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2025, the Court adopts the Report & Recommendation in its entirety, dismisses this case without prejudice, and denies leave to amend; accordingly, the case is closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:** New York, New York
         August 12, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                             **BY:**
                                                       **Deputy Clerk**